# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RICKY O. ENGLISH,** | * |
| **Plaintiff,** | * |
| vs. | * CIVIL ACTION 03-00729-WS-B |
| **JO ANNE B. BARNHART,** Commissioner of Social Security, | * |
| **Defendant.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 29, 2005 (Doc. 21), is hereby **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 27th day of July, 2005.

s/WILLIAM H. STEELE  
UNITED STATES DISTRICT JUDGE