# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RICKY O. ENGLISH,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | * **CIVIL ACTION 03-00729-WS-B** |
| | * |
| **JO ANNE B. BARNHART,** | * |
| **Commissioner of Social** | * |
| **Security,** | * |
| | * |
| **Defendant.** | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act ("EAJA") and that the award be limited to the EAJA rate of $125.00 per hour, thereby resulting in an award of $1,450.00 for 11.60 attorney hours spent representing Plaintiff in connection with this action.

**DONE** and **ORDERED** this 27th day of July, 2005.

                                                 s/WILLIAM H. STEELE
                                                 UNITED STATES DISTRICT JUDGE